Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Maria Perez-Sanchez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIA PEREZ-SANCHEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 10-2214 RZ<br><br>/~~PROPOSED~~/ ORDER OF DISMISSAL |

    Pursuant to the stipulation of the parties, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE: November 16, 2010

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

1  DATE: November 9, 2010          Respectfully submitted,

2                                  LAW OFFICES OF LAWRENCE D. ROHLFING
                                   /s/ *Lawrence D. Rohlfing*
3                              BY: _____
                                   Lawrence D. Rohlfing
4                                  Attorney for plaintiff Maria Perez-Sanchez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26